FILED
JAN 21 2011
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: Deputy Clerk

Elizabeth Rojas
15060 Ventura Blvd.
Suite 240
Sherman Oaks, CA 91403
Telephone: (818) 933-5700
Facsimile: (818) 933-5755

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SAN FERNANDO VALLEY DIVISION**

To: CLERK, U.S. BANKRUPTCY COURT

Re: UNDISTRIBUTED FUNDS

Debtors: JOSE GARCIA & JACQUELINE GARCIA
3612 STRAWBERRY COURT
PALMDALE, CA 93550-6638

Case No.: SV07-12549-GM

Explanation of Source: Transmitted herewith for deposit into the Court registry is the check identified below. The check was not deliverable at the address in the Trustee's file. The Trustee, after due diligence, has not been able to locate the payee. Consequently, this check represents undistributed funds in the above referenced matter.

| Payee: | Amount: |
|---|---|
| JOSE & JACQUELINE GARCIA<br>3612 STRAWBERRY COURT<br>PALMDALE, CA 93550 | $ 50.45 |

Dated: January 20, 2011

Elizabeth J Rojas
Elizabeth Rojas, TRUSTEE

CLK US BANKRUPTCY CT

ELIZABETH F. ROJAS
CHAPTER 13 TRUSTEE
15060 VENTURA BLVD.
SUITE 240
SHERMAN OAKS, CA 91403

Check No.: 0823702
Check Date: 01/20/2011
Check Amt: 50.45

| Case No. | Reference | Debtor Name(s) | SSN(s) | Balance | Interest Payment | Principal Payment | Payment Amount |
|---|---|---|---|---|---|---|---|
| 0712549 | Claim #: 00000 | JOSE GARCIA<br>JACQUELINE GARCIA | [redacted] | 0.00 | 0.00 | 50.45 | 50.45 |
| | | TOTALS | | **0.00** | **0.00** | **50.45** | **50.45** |

**THIS DOCUMENT HAS VISIBLE & INVISIBLE FIBERS DISCERNIBLE FROM BOTH SIDES AND A TRUE WATERMARK**

ELIZABETH F. ROJAS
CHAPTER 13 TRUSTEE
15060 VENTURA BLVD.
SUITE 240
SHERMAN OAKS, CA 91403

1ST ENTERPRISE BANK
818 W. Seventh Street, Suite 220
Los Angeles, CA 90017

16-4430/1220

| CHECK DATE | CHECK NO. |
|---|---|
| Jan 20, 2011 | 0823702 |

CHECK AMOUNT
$*********50.45
VOID AFTER 60 DAYS

GARCIA, JOSE

Case No: 0712549

PAY ONLY 50.45
FIVE ZERO PERIOD FOUR FIVE

PAY TO THE ORDER OF CLK US BANKRUPTCY CT

VOID OVER $50.45

Elizabeth F Rojas

THIS DOCUMENT IS ALTERATION PROTECTED AND REFLECTS FLUORESCENT FIBERS UNDER UV LIGHT

⑈0823702⑈ ⑆122044300⑆ 001⑈111690⑈

Clerk of the Court
21041 Burbank Blvd.
Woodland Hills, CA 91367-1367